**Order filed September 12, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00190-CV
_____

**SUPERBASH 217, LLC, EDWARD CORRAL AND THADDEUS BERRY,**
**Appellants**

**V.**

**FUN FEST ENTERTAINMENT, JOHN HARDY, COREY WILLIAMS AND**
**LORENZO WARE, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-18368**

---

## O R D E R

Appellant's brief was due August 5, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 27, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.